UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PAINTERS SUPPLY & EQUIPMENT CO., et. al.

    Plaintiffs,

v.                                     Case No. 15-13782

BLUE CROSS BLUE SHIELD OF MICHIGAN

    Defendant.
_____/

**ORDER OF DISMISSAL**

The court has been notified that the parties have reached a mutually agreeable resolution to the above-captioned matter. The court expects that the terms of their resolution will be memorialized in writing by the parties. Accordingly,

IT IS ORDERED that the above-captioned matter is DISMISSED without prejudice to the right of either party to move by **May 16, 2016**, to vacate this order if the settlement is not finalized. After **May 16, 2016**, this dismissal is with prejudice.

                                            s/Robert H. Cleland
                                            ROBERT H. CLELAND
                                            UNITED STATES DISTRICT JUDGE

Dated: March 24, 2016

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, March 24, 2016, by electronic and/or ordinary mail.

                                            s/Lisa Wagner
                                            Case Manager and Deputy Clerk
                                            (313) 234-5522